448 A.2d 1163

Pierson v. Farmbry, Appellant.

■■■■ Submitted May 10, 1982. Nicholas J. Lisi, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Affirmed.